**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RICHARD WILLIAM DUVAL,
    Plaintiff,

v.
    Case No:   6:14-cv-213-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Richard William Duval's complaint brought pursuant to the Social Security Act, as amended 42 U.S.C. §§ 405(g) and 1383(c)(3) to obtain judicial review of a final decision of the Commissioner of the Social Security Administration (the "Commissioner"). (Doc. 1). Duval filed a memorandum in opposition to the Commissioner's decision (Doc. 16), and Defendant Commissioner of Social Security filed a memorandum in support of the Commissioner's decision (Doc. 17). On December 16, 2014, Magistrate Judge Thomas B. Smith entered a report and recommendation regarding same (Doc. 18). Having reviewed the Report and Recommendation (Doc. 18) and filings in this case, the Court finds that substantial evidence supports the Administrative Law Judge's findings concerning the work that Duval, who was twenty-nine (29) years old on the alleged onset date, is able to perform. The Court additionally finds that the Administrative Law Judge applied the proper legal analysis to Duval's disability claims, and it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 18) is **REJECTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this _12_ day of January, 2015

                                                  G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record